UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

REALLY EASY INTERNET, INC.,
a Texas corporation,

Defendant.

---

Court File No. 00-CV-1682 ADM/RLE

**STIPULATION**

**STIPULATION**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant Really Easy Internet, Inc. ("REI") by and through their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, defendant REI has served its Prior Art Statement within the time prescribed under the Court's Pretrial Order;

WHEREAS, REI's Prior Art Statement includes approximately 460 separate references; and

WHEREAS, Multi-Tech has made a request to REI, with which REI has agreed to comply, for production of copies of all the available references cited in defendant's Prior Art Statement;

NOW, THEREFORE, the parties have stipulated and agreed that they will measure the 30-day period prescribed in the Pretrial Order for Multi-Tech to respond to the Prior Art Statement as commencing on April 2, 2001, and Multi-Tech will therefore serve on or before May 2, 2001 its response to defendant's Prior Art Statement.

2278985.1

21

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO STIPULATED:

DATED: April 10, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

DATED: April 11, 2001.

OPPENHEIMER, WOLFF & DONNELLY LLP

By: ______________________
Ernest W. Grumbles III (#274793)

45 South 7th Street, #3300
Minneapolis, Minnesota 55402-1609
(612) 607-7000

-and-

Phillip B. Philbin, Esq.
Patrick Keating, Esq.
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
(214) 651-5000

ATTORNEYS FOR DEFENDANT
REALLY EASY INTERNET, INC.

**APPROVED:**

BY THE COURT:

DATED: 4/16/01 , ~~2001.~~

Raymond L. Erickson
Magistrate Judge of the U.S. District Court