**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MULTI-TECH SYSTEMS, INC., a Minnesota Corporation, Plaintiff, v. NET2PHONE, INC., a Delaware corporation; VOCALTEC COMMUNICATIONS INC., a Delaware corporation; VOCALTEC COMMUNICATIONS LTD., an Israeli corporation; DIALPAD.COM, INC., a California corporation; STUDIO VISIA, INC., a California corporation; MEDIARING.COM, INC., a California corporation; PHONEFREE.COM INC., a Delaware corporation; ZEROPLUS.COM, INC., a Delaware corporation; E-NET, INC., a Delaware corporation; REALLY EASY INTERNET, INC., a Texas corporation, Defendants. | § | Civil Action No. 00-CV-1682 ADM/RLE<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Defendant Really Easy Internet, Inc. ("REI") and Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech"), through their undersigned counsel, hereby stipulate to the following, subject to the Court's approval:

In light of Multi-Tech's and REI's desire to avoid incurring additional litigation expenses while they determine if there is any basis on which they can reach a settlement of their claims and counterclaims, the parties have stipulated to alter the remaining trial deadlines as follows:[1]

[1]The deadlines set forth below are identical to the deadlines that the Court set in the case styled *Multi-Tech Systems, Inc. v. Vocaltec Communications, Inc.*, Civ. No. 00-1541 (ADM/RLE). *See Pretrial*



FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

22 23

| Description | Current Deadline | Stipulated Deadline |
|---|---|---|
| Filing Motions to Amend Pleadings | September 21, 2001 | December 19, 2001 |
| Exchange of Initial Expert Reports | September 21, 2001 | March 25, 2002 |
| Close of Discovery | August 24, 2001 | January 21, 2002 |
| Exchange of Rebuttal Expert Reports | October 22, 2001 | April 24, 2002 |
| Non-Dispositive Motions and Completion of Hearings on Same | January 21, 2002 | August 28, 2002 |
| Filing Dispositive Motions and Completion of Hearings on Same | May 1, 2002 | November 30, 2002 |
| Trial Ready Date | May 1, 2002 | November 30, 2002 |

---

*Order*, dated October 17, 2000, in the Vocaltec Communications, Inc. lawsuit.

Dated: June 22, 2001

By: ______________________
One of its Attorneys
Ronald J. Schulz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph Mandernach (#295681)
Misti Nelc (#296090)

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated: June 22, 2001

By: ______________________
One of its Attorneys
Phillip B. Philbin
State Bar No. 15909020
Patrick D. Keating
State Bar No. 00794074

HAYNES AND BOONE, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

Ernest W. Grumbles III
State Bar No. 274793

OPPENHEIMER, WOLFE & DONNELLY, L.L.P.
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (903) 870-0070
Telecopier: (903) 870-0066

**ATTORNEYS FOR DEFENDANT REALLY EASY INTERNET, INC.**

**IT IS SO ORDERED.**

Dated: 6/28, 2001

Raymond L. Erickson
United States Magistrate Judge