IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MULTI-TECH SYSTEMS, INC., a Minnesota corporation<br><br>Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. |
| REALLY EASY INTERNET, INC., a Texas corporation<br><br>Defendant. | § | 00-CV-1682 ADM/RLE |

**STIPULATION AND FINAL ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Multi-Tech Systems, Inc. ("Multi-Tech") and Defendant Really Easy Internet, Inc. ("REI") stipulate as follows:

1. The parties agree that all claims that Multi-Tech has asserted in this case against REI based on REI's conduct or activities before July 18, 2001 (the Effective Date of the Settlement Agreement between the parties) shall be dismissed with prejudice to their re-filing.

2. The parties agree that all other claims that Multi-Tech has asserted in this case against REI, if any, shall be dismissed without prejudice to their re-filing.

3. The parties agree that all claims that REI has asserted in this case against Multi-Tech shall be dismissed without prejudice to their re-filing.

4. Each party will bear its own costs of court.

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 18, 2001 By: ______________________

One of its Attorneys
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph Mandernach (#295681)
Misti Nelc (#296090)

ROBINS, KAPLAN,
MILLER & CIRESI, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated: July 26, 2001 By: ______________________

One of its Attorneys

Phillip B. Philbin
State Bar No. 15909020
Patrick D. Keating
State Bar No. 00794074

HAYNES AND BOONE, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

Ernest W. Grumbles III
State Bar No. 274793

OPPENHEIMER, WOLFE
& DONNELLY, L.L.P.
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (903) 870-0070
Telecopier: (903) 870-0066

**ATTORNEYS FOR DEFENDANT REALLY EASY INTERNET, INC.**

**IT IS SO ORDERED.**

Dated: August 27, 2001

JUDGE ANN D. MONTGOMERY
United States District Court